IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KAREN PUGH WRIGHT | § | IN THE DISTIRCT COURT |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:14CV368 |
| | § | |
| | § | |
| CYTOMETRY SPECIALISTS, INC. | § | |
| d/b/a CSI LABORATORIES | § | JURY DEMANDED |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, KAREN PUGH WRIGHT, Plaintiff in the above-entitled and numbered cause, and would make known to the Court that Plaintiff does not desire to further prosecute her cause of action now pending against Defendant, CYTOMETRY SPECIALISTS, INC. d/b/a CSI LABORATORIES, in this lawsuit, and moves the Court to dismiss Plaintiff's claims against this Defendant, with prejudice to the refiling of same, with costs of court taxed to the party incurring same.

Respectfully submitted,

*/s/ Ronald Wardell, P.C.*
RONALD WARDELL, P.C.
SBN: 20856400
Attorneys at Law
5599 San Felipe, Suite 104
Houston, Texas 77056
(713) 355-4343
(713) 355-4242 Fax
rwardell@wardelllawfirm.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded, on this 21st day of October, 2014, to opposing counsel of record in the following manner:

RONALD WARDELL, P.C.  *Via E-File/E-Mail rwardell@wardelllawfirm.com*
Attorneys at Law
5599 San Felipe, Suite 104
Houston, Texas 77056


     */s/ Chastiti N. Horne*
     CHASTITI N. HORNE