## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KAREN PUGH WRIGHT | § | IN THE DISTIRCT COURT |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:14CV368 |
| | § | |
| | § | |
| CYTOMETRY SPECIALISTS, INC. | § | |
| d/b/a CSI LABORATORIES | § | JURY DEMANDED |

### ORDER ON PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

BE IT REMEMBERED that on this day came on for consideration the Motion to Dismiss with Prejudice filed by KAREN PUGH WRIGHT, Plaintiff in the above cause, and the Court being of the opinion that said motion is in all things good and should be granted, it is therefore,

ORDERED and DECREED that all claims filed by Plaintiff KAREN PUGH WRIGHT, against Defendant CYTOMETRY SPECIALSITS, INC. d/b/a CSI LABORATORIES, be and the same is hereby dismissed with prejudice to the refiling of same, and that costs of court are taxed to the party incurring same.

SIGNED this _____ day of _____10/22/14_____, 2014.

_____
PRESIDING JUDGE