UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KAREN PUGH WRIGHT, § § Plaintiff, § VS. § CYTOMETRY SPECIALISTS, INC.; dba § CSI LABORATORIES, § § Defendant. § | CIVIL ACTION NO. 2:14-CV-00368 |

## FINAL JUDGMENT

Pursuant to the Court's Order on Plaintiff's Motion to Dismiss with Prejudice (D.E. 7), the court enters final judgment dismissing this action with prejudice.

ORDERED this 13th day of November, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE